BINGHAM McCUTCHEN LLP
JAMES J. DRAGNA (CA SBN 091492)
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-1560
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499

Attorneys for Third Party Plaintiff
NL INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NL INDUSTRIES, INC. et al.,<br><br>Defendants,<br><br>AND RELATED THIRD PARTY CLAIMS | No.      91-CV-578-JLF<br><br>NL INDUSTRIES, INC. NOTICE OF VOLUNTARY DISMISSAL<br><br><br>(Environmental) |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), third party plaintiff NL Industries, Inc. voluntarily dismisses its third party claims in the above-captioned action against Taracorp, Inc. with prejudice and the parties identified in Exhibit A without prejudice.

DATED: May 2, 2005          BINGHAM McCUTCHEN, LLP

By:_____   /s/  James J. Dragna_____
JAMES J. DRAGNA
Attorneys for Third Party Plaintiff
NL INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing was electronically filed with the Court, and served by electronic mail on the persons identified below with e-mail addresses, and sent by U.S. Mail, postage prepaid, to those without e-mail addresses this second day of May, 2005.

By:   _/s/_ James J. Dragna_____
James J. Dragna
BINGHAM McCUTCHEN LLP
355 S. Grand Ave., Suite 4400
Los Angeles, CA 90071
(213) 680-6400 (phone)
(213) 680-6499 (fax)
jim.dragna@bingham.com

**Attorneys for Third Party Plaintiff NL Industries, Inc.**

## SERVICE LIST

Kathleen M. Whitby
Spencer Fane Britt & Browne, LLP
1 North Broadway, Suite 1000
St. Louis, MO  63105
kwhitby@spencerfane.com

Leo Litt, President
Ace Scrap Metal Processors, Inc.
5900 Manchester Rd.
St. Louis, MO  63110

W. Charles Grace
William E. Coonan
U.S. Attorneys Office
Nine Executive Drive, Suit 300
Fairview Heights, IL  62208
liam.Coonan@usdoj.gov

L. Keith Bruner, General Partner
St. Louis Lead Recyclers
1451 Lindhurst Drive
Washington Township, OH  45451
[bad address – no good address known]

Larry L. Johnson, Associate Regional Counsel
U.S. Environmental Protection Agency
77 West Jackson Blvd., C-14J
Chicago, IL  60604
larry.Johnson@epa.gov

Dennis P. Reis
Dennis Reis LLC
P.O. Box 170740
Milwaukee, WI  53217
dennis.reis@reisllc.com

Marcus A. Martin
Highland Environmental Management
1530  30th  Street
Boulder, CO  80301
marcus@highlandenvironmental.com

David M. Simon
Wildman, Harold, Allen & Dixon
225 W. Wacker Drive, Suite 3000
Chicago, IL  60606-1229

LA/40291364.1

Michael P. Comodeca
Carl H. Helmstetter
Spencer Fane Britt & Browne, LLP
9401 Indian Creek Pkwy., Suite 700, Bldg. 40
Overland Park, KS  66210
mcomodeca@spencerfane.com

Casper S. Nighohossian
Law Offices of Casper S. Nighohossian
1326 Niedringhaus Ave.
Granite City, IL  62040
kay@csnattorney.com

J. Mark Kamilow
Honeywell International Inc.
101 Columbia Road
Morristown, NJ  07962
j.mark.kamilow@honeywell.com

Donald V. Jernberg, Esq.
10 S LaSalle Street, Suite 3300
Chicago, IL  60606
djernberg@jernberglaw.com

Cynthia L. Hegarty
Best & Flanagan LLP
225 South Sixth Street, Suite 4000
Minneapolis, Minnesota  55402
chegarty@bestlaw.com

Penni S. Livingston
Livingston Law
4972 Benchmark Centre, Suite 100
Swansea, IL  6226
penni@livingstonlaw.biz

G. Robert Johnson
Thaddeus R. Lightfoot
The Environmental Law Group, Ltd.
10 Second Street, N.E., Suite 114
Minneapolis, MN  55442
gbob@envirolawgroup.com
tlightfoot@envirolawgroup.com

Ralph McMurry
John R. De Palma
Cozen O'Connor Attorneys
45 Broadway, 16th Floor
New York, NY  10006-3792
RMCMurry@cozen.com

Walter D. James III
Strasburger & Price, LLP
901 Main Street, Suite 4300
Dallas, TX  75202
walter.james@strasburger.com

Steven J. Willey
Robert W. Darnell
Environmental Enforcement Section
Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, DC  20044-7611
Steven. Willey@usdoj.gov
Robert.Darnell@usdoj.gov

Scott J. Smith
Michael J. Quinn
Lindsay Wolter
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL  60603
ssmith@seyfarth.com
mquinn@seyfarth.com
lwolter@seyfarth.com

Bradley S. Hiles
Blackwell Sanders Peper Martin LLP
720 Olive, Suite 2400
St. Louis, MO  63101
bhiles@blackwellsanders.com

David W. Ybarra
Russell K. Scott
Greensfelder, Hemker & Gale, PC
12 Wolf Creek Drive, Suite 100
Swansea, IL  62226
dwy@greensfelder.com
rks@greensfelder.com

LA/40291364.1

NL INDUSTRIES NOTICE OF VOLUNTARY DISMISSAL