# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 91-CV-578-JLF |
| NL INDUSTRIES, INC., et al. | ) ) ) |
| Defendants. | ) ) |

## ORDER

**FOREMAN, District Judge:**

Before the Court is a supplemental status report filed by third-party plaintiffs Honeywell International Inc., Johnson Controls, Inc., and Lucent Technologies (Doc. 660). This supplemental status report lists the following eight parties who have not yet completed or have not yet participated in settlement negotiations with third-party plaintiffs:

1. Ace Battery
2. A. Miller & Company
3. J. Solomon & Sons
4. Max Schwartzman & Sons
5. Shanke Metals
6. Straightway Metals/Rose Rosen
7. Top Metal Buyers
8. Waddell Brothers

To help facilitate settlement of the remaining claims, and to reach a final resolution of this case,

**IT IS ORDERED THAT** any party listed above who has not yet reached an agreement with third-party plaintiffs on or before July 17, 2006, shall participate in a telephone conference call with Magistrate Judge Frazier, (618/439-7750), at 11:15 a.m. on July 17, 2006.  Counsel for plaintiff to place the call.

**IT IS FURTHER ORDERED THAT** in an effort to faciliate resolution of this case, discovery is extended for sixty days.  All deadlines established by the Second Case Management Order ("CMO 2") (See Doc. 651, Exhibit 1), are extended by sixty (60) days.

**IT IS SO ORDERED**
**DATED: June 19, 2006.**

*s/ James L. Foreman*
**DISTRICT JUDGE**